■ CAROL A. TONZI, Respondent-Appellant, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Appellant-Respondent. (Appeal No. 1.) [907 NYS2d 921]—Appeal and cross appeal from an order of the Supreme Court, Wayne County (Francis A. Affronti, J.), entered September 4, 2009. The order, among other things, granted in part defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Pine, JJ. **[Prior Case History: 24 Misc 3d 1249(A), 2009 NY Slip Op 51924(U).]**